1
2
3
4

DOUGLAS R. SCHWARTZ (State Bar No. 98666)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 956-2600
Facsimile:  (415) 438-2655

5
6

Attorneys for Defendant
GIUSEPPE PENZATO

7
8
9
10

GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 551-1500
Facsimile:  (415) 551-1502

11

Attorney for Defendant
KESIA PENZATO

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

17  UNITED STATES OF AMERICA,            ) Case No.:  CR 11-70696-MAG
                                         )
18         Plaintiff,                    ) **STIPULATION AND [PROPOSED]**
                                         ) **ORDER CONTINUING PRELIMINARY**
19         vs.                           ) **HEARING DATE**
                                         )
20                                       )
    GIUSEPPE PENZATO and                 )
21  KESIA PENZATO,                       )
                                         )
22         Defendants.                   )
23  _____

24

25      Plaintiff, by and through its attorney of record, Owen Martikan, and defendants, by and

26  through their attorneys of record, Douglas Schwartz on behalf of Defendant Giuseppe Penzato

27  and Gail Shifman on behalf of Kesia Penzato, hereby stipulate and ask the Court to find as

28  STIPULATION & [PROPOSED] ORDER
    CONTINUING PRELIMINARY HEARING                                      1

follows:

1. That the parties are currently scheduled for a preliminary hearing date of November 17, 2011 at 9:30 a.m. That additional discovery material, including translations of Portuguese language audio files, will be produced by the government which the defense needs to review. The parties have been in continuous discussions and believe that additional time for discovery production and review will facilitate ongoing discussions between the parties.

2. That the parties request that the Court vacate the November 17, 2011 preliminary hearing date and continue it until December 19, 2011 at 9:30 a.m. before the duty Magistrate Judge.

3. That Defendants Giuseppe and Kesia Penzato have been advised of and consent to the extension of time for the preliminary hearing beyond the time limit contained in Federal Rules of Criminal Procedure 5.1(c).

5. That the parties agree that the failure to grant such a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that November 17, 2011 through December 19, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

Dated: November 16, 2011    _____/s/_____
                            Owen Martikan
                            Assistant United States Attorney

Dated: November 16, 2011    _____/s/_____
                            Douglas Schwartz
                            Attorney for Defendant Giuseppe Penzato

STIPULATION & [PROPOSED] ORDER
CONTINUING PRELIMINARY HEARING                                    2

Dated: November 16, 2011                    _____/s/_____
                                            Gail Shifman
                                            Attorney for Defendant Kesia Penzato

**[~~PROPOSED~~] ORDER**

This matter having come before the Court upon the Stipulation of the parties and GOOD

CAUSE APPEARING,

IT IS ORDERED That the November 17, 2011 preliminary hearing date shall be vacated

and continued until December 19, 2011 at 9:30 a.m. before the Duty Magistrate Judge;

IT IS FURTHER ORDERED that the time from November 17, 2011 through December

19, 2011 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

§§ 3161(h)(7)(A) and (B)(iv), to provide the defense time to review discovery and for effective

preparation. The Court finds that (A) failure to grant the continuance would unreasonably deny

defendants the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence; and (B) the ends of justice served by the continuance outweigh the best

interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(1)(7)(A) &

(B)(iv).

Dated: November __17__, 2011

_____
United St_____Judge
            Judge Joseph C. Spero

STIPULATION & [PROPOSED] ORDER
CONTINUING PRELIMINARY HEARING                                              3