GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
KESIA PENZATO

DOUGLAS R. SCHWARTZ (State Bar No. 98666)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for Defendant
GIUSEPPE PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GIUSEPPE PENZATO and<br>KESIA PENZATO,<br><br>　　　　Defendants. | Case No.: CR11-70696-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that the conditions of release shall be modified in the following manner:

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE　　　　　　　　　　　　　　　　　　　　1

1. Defendants Giuseppe Penzato and Kesia Penzato shall be allowed to travel to Honolulu, Hawaii from December 23, 2011 returning on December 30, 2011 for a vacation with their family.
2. Defendants shall provide Pretrial Services with their travel itinerary including their hotel accommodations.
3. In order to facilitate travel by air consistent with TSA regulations, the Clerk of Court shall temporarily return Defendant Giuseppe Penzato's passport and the passports of Defendants' two minor children, Lorenzo and Valentina Penzato, all to be provided to either Kesia or Giuseppe Penzato or counsel to travel to Hawaii and return to San Francisco only. Defendant shall return his passport and those of his minor children to the custody of the Clerk of Court immediately upon his return to San Francisco (subject to the Clerk's business hours.).
4. All other conditions shall remain the same.

Dated: December 15, 2011

/s/

_____
GAIL SHIFMAN
Attorney for Defendant
KESIA PENZATO

Dated: December 15, 2011

/s/

_____
DOUGLAS SCHWARTZ
Attorney for Defendant
GIUSEPPE PENZATO

Dated: December 15, 2011

/s/

_____
OWEN MARTIKAN
Assistant United States Attorney

[PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                 2

1. Defendants Giuseppe Penzato and Kesia Penzato shall be allowed to travel to Honolulu, Hawaii from December 23, 2011 returning on December 30, 2011 for a vacation with their family.

2. Defendants shall provide Pretrial Services with their travel itinerary including their hotel accommodations.

3. In order to facilitate travel by air consistent with TSA regulations, the Clerk of Court shall temporarily return Defendant Giuseppe Penzato's passport and the passports of Defendants' two minor children, Lorenzo and Valentina Penzato, all to be provided to either Kesia or Giuseppe Penzato or counsel to travel to Hawaii and return to San Francisco only. Defendant shall return his passport and those of his minor children to the custody of the Clerk of Court immediately upon his return to San Francisco (subject to the Clerk's business hours.).

4. All other conditions shall remain the same.

Dated: December 16, 2011

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE        3